

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 3 2023

CENTRAL DISTRICT OF CALIFORNIA
BY  OTA  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 8:23mj00002-DUTY |
|---|---|
| PLAINTIFF(S) | ~~3:22MJ00070-006~~ |
| v. | |
| Hercule Muntean | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: Violation Notice
in the _____ District of Virgin Islands on 12/27/2022
at 1:03 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 12/23/2022
in violation of Title 18 U.S.C., Section(s) 3583
to wit: _____

A warrant for defendant's arrest was issued by: Ruth Miller, Magistrate Judge

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      1/4/23
                 Date

_[signature]_
Signature of Agent

A. Castillo
Print Name of Agent

United States Marshals Service
Agency

Deputy U.S. Marshal
Title